UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD WILLIAM HEADINGS,

      Plaintiff,                                   Case No. 1:07-CV-933

v.                                                Hon. Richard Alan Enslen

KENNETH W. SCHMIDT, et al.,

      Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 19, 2007, is **APPROVED** and **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** for the reason(s) stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that upon review of Plaintiff's claims, this Court can discern no good-faith basis for an appeal and so certifies in accordance with *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated in Kalamazoo, MI:                             /s/Richard Alan Enslen
January 14, 2008                                 Richard Alan Enslen
                                               Senior United States District Judge